IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr254

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | AMENDED ORDER[1] |
| | ) | |
| LIBBY C. DUDLEY | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant to extend the deadline for self-reporting to her designated Bureau of Prisons facility for service of her sentence. (Doc. No. 27). The motion recites that the government does not oppose the defendant's request.

For the reasons stated in the defendant's motion, the Court finds that the defendant has good cause to extended the deadline for reporting to serve her sentence.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is GRANTED and the deadline for self-reporting is extended until February 3, 2010, during which she shall remain under the previously-ordered bond conditions (Doc. No. 8: Order Setting Conditions of Release).

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, the United States Probation Office, and the United States Marshals Service.

Signed: January 6, 2010

Robert J. Conrad, Jr.
Chief United States District Judge

---

[1] This Order corrects a typographical mistake in the reporting date listed in Doc. No. 28.